1          UNITED STATES DISTRICT COURT
2            DISTRICT OF PUERTO RICO

3  NELSON J. DEL ROSARIO,

4       Petitioner,
                                      Civil No. 08-2089 (JAF)
5       v.
                                       (Crim. No. 00-672)
6  UNITED STATES OF AMERICA,

7       Respondent.

8

9                       **O R D E R**

10      Petitioner, Nelson J. del Rosario, brings this pro-se petition

11  for relief from a federal conviction pursuant to 28 U.S.C. § 2255.

12  Docket Nos. 2, 6. Respondent, the United States of America, opposes,

13  Docket No. 5; Petitioner replies, Docket No. 9.

14      Respondent notes that Petitioner has previously filed a § 2255

15  petition in this court and that we cannot entertain the instant

16  petition without prior certification from the court of appeals.

17  Docket No. 5. Before filing a successive § 2255 petition, a

18  petitioner must file a motion in the court of appeals to authorize

19  the district court to consider the second petition. 28 U.S.C.

20  §§ 2244(b)(3), 2255(h).

21      Petitioner previously filed a § 2255 petition on January 26,

22  2006. Case No. 06-1110, Docket No. 1. We dismissed that petition on

23  April 5, 2006. Case No. 06-1110, Docket Nos. 10, 11. Petitioner then

24  filed the present § 2255 petition on September 23, 2008. Docket

25  No. 2. We have no record of prior certification from the First

26  Circuit authorizing this petition.

Civil No. 08-2089 (JAF)                                              -2-

1        Accordingly, we hereby **DENY** Petitioner's § 2255 motion, <u>Docket</u>

2   <u>Nos. 2, 6</u>. Pursuant to Rule 4(b) of the Rules Governing § 2255

3   Proceedings, we summarily **DISMISS** this petition, because it is plain

4   from the record that Petitioner is entitled to no relief.

5        **IT IS SO ORDERED.**

6        San Juan, Puerto Rico, this 1st day of April, 2009.

7                                        S/José Antonio Fusté
8                                        JOSE ANTONIO FUSTE
9                                        Chief U.S. District Judge